UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

JOANTHAN CADET,

                                Plaintiff,

               -against-

THE CITY OF NEW YORK, POLICE OFFICER JOHN
WALSH (shield 04008), POLICE OFFICER RICHARD
KERN (shield 9459), POLICE OFFICERS JOHN DOES
1-3,

                                Defendants.

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2008

STIPULATION AND ORDER

07 CV 10646 (DAB)

      **IT IS HEREBY STIPULATED AND ORDERED** that plaintiff may file an amended complaint for the purpose of adding Lowez Walker and Mehmet Kanbur as defendants on or before April 18, 2008.

_____
Richard J. Cardinale
Cardinale & Marinelli
Attorneys for Plaintiff
26 Court Street, Suite 1815
Brooklyn, New York 11242
(718) 624-9391

_____
Brooke Birnbaum
Assistant Corporation Counsel
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 676-1347

SO ORDERED this ____ day of April, 2008
New York, New York

_____
The Honorable Deborah A. Batts  4/9/2008